AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-8183MB | Date and time warrant executed:<br>4/18/2023 1:46 pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>Postal Inspectors Ray Shepard and James Keenan | | |
| Inventory of the property taken and name of any person(s) seized: | | |

9505 5119 4112 3105 9684 18

- White card board box
- Clear vacuum sealed bags containing ziploc bags
- Ziploc bags containing approximately 2800 grams of crystal like substance which field tested positive for methamphetamine

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/19/2023

Raymond Shepard
*Digitally signed by Raymond Shepard*
*Date: 2023.04.19 10:08:43 -07'00'*

*Executing officer's signature*

Raymond Shepard, Postal Inspector
*Printed name and title*